PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> A SAMSUNG GALXAY CELLULAR PHONE WITH NUMBER 916-917-9157 AND A FORDEXPLORER WITH LICENSE PLATE NO. 7FMB102 | 2:17-SW-0285 AC <br> 2:17-SW-0295 AC <br><br> [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED

The case is unsealed with the exception of the original warrants and their underlying affidavits. The original search warrants and their accompanying affidavits will remain sealed. A copy of the original search warrants and their accompanying affidavits will be provided to the defendant. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

Dated: May 31, 2017

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE